IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| **EDWIN PEREZ,** | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| V. | ) | Civil No. **04-422-WDS** |
| | ) | |
| **ROGER E. WALKER,** | ) | |
| | ) | |
| Respondent. | ) | |

## ORDER

**PROUD, Magistrate Judge:**

Before the Court is petitioner Perez's "Motion for Rule 60(b) Relief for Other Reasons." **(Doc. 12).** Petitioner takes issue with this Court's order dated August 8, 2005, granting respondent an extension of time to answer the petition. (*See* **Doc. 10).** Petitioner would have the Court enter default judgment and sanction respondent for not timely filing an answer.

Based on the affidavit of counsel for respondent, an extension of time to answer was granted. **(Docs. 8 and 10).** Not giving respondent an extension of time when other litigation interfered with timely complying with the deadline for filing an answer, and only a brief extension was requested, would surely be an abuse of discretion. Petitioner has cited no actual prejudice stemming from the 30-day extension afforded respondent.

**IT IS THEREFORE ORDERED** that Perez's motion **(Doc. 12)** is **DENIED** in all respects.

**IT IS SO ORDERED.**

**DATED: February 8, 2006**

                                                  **s/ Clifford J. Proud**
                                                  **CLIFFORD J. PROUD**
                                                  **U. S. MAGISTRATE JUDGE**